In the Matter of FRANK T. SAGE et al., Respondents, against THOMAS E. BRODERICK et al., Constituting the Town Board of the Town of Irondequoit, Appellants.

(Argued February 10, 1930; decided February 18, 1930.)

*Clarence P. Moser* for motion.
*John Van Voorhis* opposed.
Motion denied, with ten dollars costs.